Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**ARREST ON OUT-OF-DISTRICT OFFENSE**

'08 MJ 1490

Magistrate Case Number: _____

The person charged as __Regina Yvette Townsel__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of __Arizona__

with __Violation of conditions of pretrial release__, in violation of __Title 18 U.S.C. section 3142__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 5/13/08

_____
Christopher S. Melzer, FBI Special Agent
(Name)
Deputy United States Marshal

Reviewed and Approved:
Dated: 5/13/08

_____
Assistant United States Attorney

PS 8

# United States District Court
for
District of Arizona



U. S. A. vs. <u>Regina Yvette Townsel</u>
Docket No. <u>CR-03-01856-017-TUC-FRZ</u>

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW <u>TARA M. BARTON</u>, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Regina Yvette Townsel</u>, who was released by the Honorable Judge <u>Charles R. Pyle</u> sitting in the Court at Tucson, on the <u>6th</u> day of <u>January</u>, 2006, who fixed bail at $20,000 personal appearance bond and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### ALLEGED VIOLATION:

1. **Failure to drug test.** "Shall submit to drug testing as directed by Pretrial Services". The defendant failed to drug test on December 15, 2007, as directed.

2. **Failure to abide by travel restriction.** "Shall not travel outside California and Arizona." On December 19, 2007, the defendant reported to her supervising officer in the Southern District of California that she rented a vehicle and drove to Connecticut to visit her boyfriend.

3. **Failure to provide current address.** "Shall provide a current residence and telephone number." As of December 19, 2007, the defendant's current address and telephone number are unknown.

Copies Distributed

Page 2
RE: TOWNSEL, Regina Yvette
December 27, 2007

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

_____
TARA M. BARTON,
U.S. Pretrial Services Officer

December 27, 2007
Date

Reviewed by
_____
JERRY C. BROWN
Supervisory U.S. Pretrial Services Officer

12/27/07
Date

Reviewed by
_____
MARY SUE FELDMEIER
Assistant U.S. Attorney

12/28/07
Date

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 2nd day of January, 2008, and ordered filed and made a part of the records in the above case.

Page 3
RE: TOWNSEL, Regina Yvette
December 27, 2007

_____  1/8/08
The Honorable GLENDA E. EDMONDS    Date
U.S. Magistrate Judge

United States District Court
District of Arizona

United States of America
v.
REGINA YVETTE TOWNSEL

WARRANT FOR ARREST

CASE NUMBER: CR 03-01856-TUC-FRZ(GEE)

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest REGINA YVETTE TOWNSEL

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court

☐ Violation Notice  ☒ Pretrial Release Violation Petition

charging him or her with (brief description of offense) VIOLATION OF CONDITIONS OF PRETRIAL RELEASE AS IMPOSED ON JANUARY 6, 2006.

In violation of Title ___18___ United States Code, Section(s) ___3142___

GLENDA E. EDMONDS
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

_[signature]_
(By) Deputy Clerk

U.S. Magistrate Judge
Title of Issuing Officer

1/2/08
~~12/26/2007~~, Tucson, Arizona
Date and Location

Bail fixed at $ __NO BOND__ to be held without bond pending appearance before this court by GLENDA E. EDMONDS, United States Magistrate Judge.

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: San Diego, CA |

| Date Received 5/11/08 | Name and Title of Arresting Officer Christopher S. Melzer FBI Special Agent | Signature of Arresting Officer _[signature]_ |
|---|---|---|
| Date of Arrest 5/11/08 | | |

☒ PSA; ☐ PO; USM; FRZ; GEE