**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs.    Regina Yvette Townsel                          No.   08mj1490-CAB

HON.    Cathy A. Bencivengo              Tape No.   CAB08-1:10:29-10:32 = 3m

Asst. U.S. Attorney    Sabrina Feve, AUSA        PTSO    N/A

|  |  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|---|
| Atty | Sara Peloquin, FD | X Apt | Ret | for | Townsel | | (1) | (C) |
| | | Apt | Ret | for | | | ( ) | ( ) |
| | | Apt | Ret | for | | | ( ) | ( ) |
| | | Apt | Ret | for | | | ( ) | ( ) |
| | | Apt | Ret | for | | | ( ) | ( ) |
| | | Apt | Ret | for | | | ( ) | ( ) |
| | | Apt for Material Witness(es) | | | | | | |

PROCEEDINGS:          In Chambers    X   In Court          By Telephone

Defendant previously admitted ID.
Defendant waives ID/REM hearing; Waiver filed.
Court orders defendant removed to the Dist of Arizona.
Warrant of Removal issued to USM.
Court confirms appointment of Federal Defenders and waives financial affidavit.

Date        05/14/08                              Lori Hernandez /s/

                                                  Deputy's Initials