UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

REGINA YVETTE TOWNSEL

Magistrate Case No. **08MJ1490-CAB**

**WAIVER OF HEARING**
(~~Probation/Supervised Release Violation~~)

FILED
MAY 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  /WW/  DEPUTY

To: United States Marshal

I, REGINA YVETTE TOWNSEL, charged in a proceeding pending in the District of Arizona, with violating conditions of pretrial release, in violation of Title 18, United States Code, Section 3142, and having been arrested in the Southern District of California, and taken before the Honorable Cathy Ann Bencivengo, United States Magistrate Judge for that district, who informed me of:

1. The alleged violation(s) committed by me (including written notice thereof prior to any revocation hearing);

2. My right to retain counsel or to request the appointment of counsel if I cannot obtain counsel;

3. My right to a preliminary hearing to determine whether there is probable cause to believe that a violation occurred, including my right to appear at the preliminary hearing, present evidence, and possibly question any adverse witness;

4. My right to a revocation hearing, upon a finding of probable cause, where I can appear, present evidence, and possibly question any adverse witness; and

5. My right to execute a waiver thereof.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A:

☑ identity hearing

☐ preliminary hearing

☐ revocation hearing in the district having jurisdiction

pursuant to Federal Rule of Criminal Procedure 32.1, and consent to the issuance of a warrant for my removal to the ~~Northern~~ Arizona District of ~~California~~, where the aforesaid charge (alleged violation) is pending against me.

DATED: 5/14/08, 2008.

_____
REGINA YVETTE TOWNSEL
Signature of Defendant

_____
Counsel for Defendant